**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

RICKY BROWN
ADC #551211                                                                                                  PLAINTIFF

V.                                          4:11CV00284 BRW/JTR

DR. STEWART, Medical Director,                                                                  DEFENDANTS
Faulkner County Detention Center, et al.

**ORDER**

      The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

      IT IS THEREFORE ORDERED that:

      1.      Plaintiff may PROCEED with his inadequate medical care claims against Defendants.

      2.      Plaintiff's HIPAA claim is DISMISSED, WITH PREJUDICE, for failing to state a claim upon which relief may be granted.

      3.      The Clerk is directed to prepare a summons for Defendants Stewart, Bryant, Byrd, and Brown. The United States Marshal is directed to serve the summons, Complaint, and this Order on them without prepayment of fees and costs or security therefor.[1]

---

[1] If any of the Defendants are no longer Faulkner County employees, the person responding to service shall file, with the return of unexecuted service, a SEALED Statement providing the last known private mailing address for the unserved Defendant.

1

2

    4.       The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

    IT IS SO ORDERED this 3rd day of June, 2011.

                                                        /s/Billy Roy Wilson
                                            UNITED STATES DISTRICT JUDGE