# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

RICKY BROWN
ADC #551211                                                                                     PLAINTIFF

V.                                       4:11CV00291 DPM/JTR

BLACKSTOCK, Officer,
Faulkner County Detention Center, et al.                                      DEFENDANTS

## **ORDER**

Defendants have filed a Motion requesting permission to substitute Mr. Robert L. Beard, Jr. for Ms. Angela R. Echols as their counsel of record in this case. *See* docket entry #29. Defendants have also requested a brief extension of the discovery deadline. *See* docket entry #30. The Court finds good cause for granting both requests.

IT IS THEREFORE ORDERED THAT:

1. Defendants' Motion to Substitute Attorney (docket entry #29) is GRANTED.

2. Defendants' Motion for an Extension of Time (docket entry #30) is GRANTED, and they shall file any dispositive motions **on or before December 19, 2011.**

-1-

Dated this 8th day of December, 2011.

_____
UNITED STATES MAGISTRATE JUDGE