**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

RICKY BROWN                                                                                    PLAINTIFF

V.                                          4:11CV00284 JTR

DR. STEWART, Medical Director,
Faulkner County Detention Center, et al.                                           DEFENDANTS

**ORDER[1]**

On April 4, 2012, the Court dismissed this § 1983 action, without prejudice, because Plaintiff failed to timely and properly comply with the Court's March 1, 2012 Order. *See* docket entries #80 and #81.

On April 12, 2012, Plaintiff filed a Motion for Reconsideration of that ruling. *See* docket entry #83. In his Motion, Plaintiff *admits* that he received the March 1, 2012 Order at his home address in Conway, Arkansas. *Id.* He then makes the conclusory statement that the Order was "damaged by water in the mailbox." *Id.* at 1. Plaintiff has not explained whether the typed Order was simply wet or impossible to read. More importantly, Plaintiff has not explained why, as a free world citizen, he did not immediately contact the Court to obtain another copy of the water damaged March 1, 2012 Order. Thus, he has failed to set forth a sufficient basis for the Court

---

[1] On September 21, 2011, the parties consented to proceed before a United States Magistrate Judge. *See* docket entry #31.

to reconsider the dismissal of this action.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion for Reconsideration (docket entry #83) is DENIED.

Dated this 16th day of April, 2012.

_____
UNITED STATES MAGISTRATE JUDGE